AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-00893-RS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Karen Ross, Secretary of the CA Depart. of Food and AG

was received by me on *(date)*      2/21/2020          .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Brandon Morrow                                    , who is
designated by law to accept service of process on behalf of *(name of organization)*   California Depertament
of Food and Agriculture  @1:20 pm                       on *(date)*   2/21/2020        ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $      30.00       for travel and $ _____ for services, for a total of $   30.00      .

I declare under penalty of perjury that this information is true.

Date:      2-26-2020

*Server's signature*

Jenice Rossner, Process Server, Sacramento Co. Reg # 1998-02
*Printed name and title*

3104 O Street, #230
Sacramento, CA 95816

*Server's address*

Additional information regarding attempted service, etc:

DOCUMENTS SERVED:
Summons; Complaint for Declaratory and Injunctive Relief; Exhibit 1; Civil Case Cover Sheet;
Order Setting Initial Case Management Conference and ADR Deadlines;  Standing Order for All Judges;
Standing Order Re: Initial Case Management;  Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
ECF Registration Information;

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-00893-RS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Stephen Beam, Chief  of Milk and Dairy Food Safety.

was received by me on *(date)*        2/21/2020             .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Brandon Morrow                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*   California Depertament

of Food and Agriculture  @1:20 pm                           on *(date)*      2/21/2020      ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $     30.00      for travel and $              for services, for a total of $   **3**0.00      .


I declare under penalty of perjury that this information is true.


Date:      2-26-2020

*Server's signature*

Jenice Rossner, Process Server, Sacramento Co. Reg # 1998-02
*Printed name and title*

3104 O Street, #230
Sacramento, CA 95816

*Server's address*


Additional information regarding attempted service, etc:

DOCUMENTS SERVED:
Summons; Complaint for Declaratory and Injunctive Relief; Exhibit 1; Civil Case Cover Sheet;
Order Setting Initial Case Management Conference and ADR Deadlines;  Standing Order for All Judges;
Standing Order Re: Initial Case Management;  Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
ECF Registration Information;