XAVIER BECERRA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
LINDA L. GANDARA, State Bar No. 194667
MICHAEL S. DORSI, State Bar No. 281865
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3802
  Fax: (415) 703-5480
  E-mail: Michael.Dorsi@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIYOKO'S KITCHEN, INC., | 3:20-cv-00893-RS |
| Plaintiff, | |
| v. | **STIPULATION EXTENDING TIME TO ANSWER OR MOVE TO DISMISS** |
| KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and STEPHEN BEAM, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch, | Date: April 14, 2020<br>Judge: Honorable Richard Seeborg<br><br>Trial Date: Not Set<br>Action Filed: February 6, 2020 |
| Defendants. | |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, Plaintiff Miyoko's Kitchen served the Summons and Complaint on |
| 3 | Defendants Karen Ross, in her official capacity as Secretary of the California Department of Food |
| 4 | and Agriculture, and Stephen Beam, in his official capacity as the Branch Chief of the Milk and |
| 5 | Dairy Food Safety Branch, and |
| 6 | WHEREAS, Defendants requested that Plaintiff agreed to extend the time to answer or |
| 7 | move to dismiss to Thursday, April 23, 2020, and |
| 8 | WHEREAS, Northern District of California Local Rule 6-1(a) permits the parties, by |
| 9 | stipulation and without a court order, to extend time to answer or otherwise respond to a |
| 10 | complaint, provided that the change will not alter the date of any event or deadline already fixed |
| 11 | by court order, and |
| 12 | WHEREAS, this stipulated extension will not alter the date of any event or deadline already |
| 13 | fixed by court order, therefore: |
| 14 | THE PARTIES STIPULATE that the date for Defendants to answer or move to dismiss is |
| 15 | extended to Thursday, April 23, 2020. |

Dated: April 14, 2020                                Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Michael S. Dorsi*
MICHAEL S. DORSI
Deputy Attorney General
*Attorneys for Defendants*

Dated: April 14, 2020                                GUPTA WESSLER PLLC

*/s/ Deepak Gupta*
DEEPAK GUPTA
*Attorneys for Plaintiff*

As the attorney e-filing this document, Michael S. Dorsi attests that Deepak Gupta concurred in the filing of this document. */s/ Michael S. Dorsi*

1