Alene Anello (State Bar No. 316387)
**ANIMAL LEGAL DEFENSE FUND**
525 East Cotati Avenue
Cotati, CA 94931
(707) 795-2533
*aanello@aldf.org*

Deepak Gupta (*pro hac vice*)
**GUPTA WESSLER PLLC**
1900 L Street, NW
Suite 312 Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

Neil K. Sawhney (State Bar No. 301300)
**Gupta Wessler PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*neil@guptawessler.com*

*Attorneys for Plaintiff Miyoko's Kitchen, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

MIYOKO'S KITCHEN, INC.

*Plaintiff,*

v.

KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and STEPHEN BEAM, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch,

*Defendants.*

Civil Action No. 3:20-cv-00893-RS

The Honorable Richard E. Seeborg

## NOTICE OF APPEARANCE

Neil K. Sawhney of the law firm Gupta Wessler PLLC enters an appearance as counsel on behalf of plaintiff Miyoko's Kitchen, certifies that he is admitted to practice in this Court (State Bar of California, Bar No. 300130 (admitted Dec. 3, 2014)), and requests that any and all correspondence, pleadings, and other filings be forwarded to the address below.

Dated: April 30, 2020.         Respectfully submitted,

*/s/ Neil K. Sawhney*
NEIL K. SAWHNEY
(Bar No. 300130 )
GUPTA WESSLER PLLC
100 Pine St, Suite 1250
San Francisco, CA, 94111
(415) 573-0336
neil@guptawessler.com

*Counsel for Miyoko's Kitchen, Inc.*