XAVIER BECERRA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
LINDA L. GANDARA, State Bar No. 194667
MICHAEL S. DORSI, State Bar No. 281865
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3802
  Fax: (415) 703-5480
  E-mail: Michael.Dorsi@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIYOKO'S KITCHEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and STEPHEN BEAM, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch, <br><br> Defendants. | 3:20-cv-00893-RS <br><br> **STIPULATION AND PROPOSED ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** <br><br> Date: April 29, 2020 <br> Judge: Honorable Richard Seeborg <br><br> Trial Date: Not Set <br> Action Filed: February 6, 2020 |

**STIPULATION**

WHEREAS, Defendants filed their Motion to Dismiss (ECF No. 17) on Thursday, April 23, 2020, setting hearing on June 25, 2020, and

WHEREAS, the briefing schedule under Northern District of California Local Rule 7-3 would permit only two weeks for Plaintiff to respond and one week for Defendants to reply, reserving an unnecessary six weeks between the close of briefing and hearing, and

WHEREAS, the parties conferred and prefer an alternate briefing schedule that will:

(1) allow time to confer regarding negotiations that may result in settlement,

(2) accommodate constraints on counsel's schedules arising from other matters, and

(3) preserve two weeks between the reply brief and unchanged hearing date, and

WHEREAS, Northern District of California Local Rule 6-1(b) requires the parties to obtain a court order when extending or shortening time in a way that alters a filing deadline, and

THE PARTIES STIPULATE TO AND JOINTLY REQUEST THE COURT ORDER the following schedule for briefing Defendants' Motion to Dismiss:

Plaintiff's Response Due:   May 26, 2020

Defendants' Reply Due:   June 9, 2020

Hearing Date (Unchanged):   June 25, 2020

Dated:  April 30, 2020

XAVIER BECERRA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Michael S. Dorsi*
MICHAEL S. DORSI
Deputy Attorney General
*Attorneys for Defendants*

Dated:  April 30, 2020

GUPTA WESSLER PLLC

*/s/ Deepak Gupta*
DEEPAK GUPTA
*Attorneys for Plaintiff*

As the attorney e-filing this document, Michael S. Dorsi attests that Deepak Gupta concurred in the filing of this document. */s/ Michael S. Dorsi*

**[PROPOSED] ORDER**

Plaintiff Miyoko's Kitchen and Defendants Karen Ross, in her official capacity as Secretary of the California Department of Food and Agriculture, and Stephen Beam, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch, stipulated to a briefing schedule for Defendants' Motion to Dismiss (ECF No. 17).  The parties attest that they prefer this schedule and the schedule preserves in excess of two weeks between the deadline for the reply brief and the hearing date.  Accordingly, the Court finds good cause and, pursuant to Northern District of California Local Rule 6-1(b), adopts the proposed schedule:

    Plaintiff's Response Due:    May 26, 2020

    Defendants' Reply Due:    June 9, 2020

    Hearing Date[1] (Unchanged):    June 25, 2020

**IT IS SO ORDERED**

Dated: April __, 2020

                                        HON. RICHARD SEEBORG
                                        UNITED STATES DISTRICT JUDGE
                                        NORTHERN DISTRICT OF CALIFORNIA

42170210.docx

---

[1] Defendants noticed this motion for June 25, 2020, as required under Northern District of California Local Rule 7-2, while acknowledging that the hearing itself is automatically vacated pursuant to Northern District of California General Order 72.  This Order does not alter the effect of General Order 72 vacating the hearing.