UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**GENERAL ORDER FOR
ALL PENDING CIVIL CASES
BEFORE JUDGE RICHARD SEEBORG**

You are receiving this Order because you have a civil case pending before the undersigned. As a result of the current pandemic, the scheduling of civil matters in this Court going forward remains highly uncertain. At this juncture, no assurances can be given as to when civil trials can be resumed, and if so, whether a further suspension due to public health developments will be necessary. Accordingly, it would seem to be an optimal time for the parties to initiate or renew an exploration of possible settlement or some other form of alternative dispute resolution. To that end, the parties are instructed to meet and confer telephonically within 30 days of the date of this Order to discuss the prospect of case resolution and by that date to file a joint report regarding the status of the case. The joint report should conform to the template below.

* * *

Pursuant to the Court's Order instructing all civil litigants to engage in an additional meet and confer to discuss the possibility of settlement, the parties submit this joint report. The parties engaged in a meet and confer on [DATE] to discuss the possibility of settlement. The result of the meet and confer was as follows:

 [Check one]

____ The case settled, and the parties will submit a filing to this effect within the next 30 days.

____ Although the case did not settle, the parties made meaningful progress toward settlement and therefore request the opportunity to engage in additional ADR. Specifically, the parties request the following:

_____
_____
_____
_____

____ Despite a good-faith effort to reach a settlement at the meet and confer, the case did not settle.

[Only if applicable] In addition, the parties wish to advise the Court of the following:

_____
_____
_____

* * *

**IT IS SO ORDERED**.

Dated: May 18, 2020

_____
RICHARD SEEBORG
United States District Judge

GENERAL ORDER FOR ALL PENDING CIVIL CASES

2