XAVIER BECERRA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
LINDA L. GANDARA, State Bar No. 194667
MICHAEL S. DORSI, State Bar No. 281865
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3802
  Fax:  (415) 703-5480
  E-mail:  Michael.Dorsi@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIYOKO'S KITCHEN,**<br><br>                      Plaintiff,<br><br>v.<br><br>**KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and STEPHEN BEAM, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch,**<br><br>                      Defendants. | 3:20-cv-00893-RS<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY (FRCP 12(B)(1))**<br><br>Date:        June 25, 2020<br>Time:       1:30 p.m.<br>Courtroom:  3[1]<br>Judge:      Honorable Richard Seeborg<br><br>Trial Date:  Not Set<br>Action Filed: February 6, 2020 |

---

[1] Defendants are aware that, in accordance with Northern District of California General Order No. 72, the Court will not hold oral in-person argument, and will hold a telephonic or videoconference argument if the judge determines that a hearing is necessary.

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:

2      Pursuant to Federal Rule of Evidence 201, Defendants Karen Ross, in her official capacity
3  as Secretary of the California Department of Food and Agriculture, and Stephen Beam, in his
4  official capacity as Branch Chief of the Milk and Dairy Food Safety Branch request that this
5  Court take judicial notice of the attached document.

6      The document to be judicially noticed is the Stop Sale Order issued by the Florida
7  Department of Agriculture and Consumer Services, Bureau of Dairy Industry to Ocheesee
8  Creamery, with the cover sheet and ECF filing stamp from its filing in the matter of *Ocheesee*
9  *Creamery, LLC v. Putnam*, Northern District of Florida Case No. 4:14-cv-621 as ECF No. 1-3.
10 The document is filed in another federal district court, is available on PACER, and its authenticity
11 can be readily confirmed.  *See* Fed. R. Evid. 201(b)(2).

12

13 Dated:  June 9, 2020            Respectfully Submitted,

14                                    XAVIER BECERRA
                                   Attorney General of California
15                                    MYUNG J. PARK
                                   Supervising Deputy Attorney General
16

17                                    */s/ Michael S. Dorsi*
                                   MICHAEL S. DORSI
                                   Deputy Attorney General
18                                    *Attorneys for Defendants*

1