# Exhibit A

# EXHIBIT A

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF



**ADAM H. PUTNAM
COMMISSIONER**

# Department of Agriculture and Consumer Services
## Bureau of Dairy Industry

3125 Conner Blvd., MS-C27 · Tallahassee, FL 32399-1650 · Phone: (850) 245-5410

500.172, 502.231(4), 503.031(4), F.S. & 5D-1.001, F.A.C.

☐ HOLD ORDER  ☒ STOP SALE ORDER  ☐ STOP USE ORDER

**Location of Action:** OCHEESEE CREAMERY

**Location Address:** GRAND RIDGE, FL

**Description of Equipment (Stop Use Only):**

**Manufacturer of Product / Permit #:** 8813

**Manufacturer Address:**

**Specialist:** ZIRKELBACH

**Date:** 10/9/12

*Complete the following information for the issuance of a Hold Order or Stop Sale Order*

| PRODUCT | BRAND NAME | CODE DATE OR OTHER IDENTIFICATION | CONTAINER SIZE | UNITS or TOTAL GALLONS or POUNDS |
|---|---|---|---|---|
| QT SKIM | Ocheesee | 10/16/12 | QT | 14 |
| SKIM | Ocheesee | 10/16/12 | ½ GAL | 20 |

**Inspector: Please state the reason(s) for this Order:**
NOT ADDING VITAMIN A

SEE REVERSE SIDE OF THIS FORM FOR INFORMATION PERTAINING TO THIS ACTION AND YOUR LEGAL RIGHTS.

**Signature of DACS Representative:** [signature]

**Please Print Name and Title:** FRED ZIRKELBACH
SANITATION + SAFETY SPEC.

**Signature of Management Official Acknowledging Receipt of a Copy of this Document:** [signature]

**Please Print Name and Title:** Billy Tyler

### HEARING WAIVER

I hereby waive a notice and a hearing, as provided in Chapter 120, Florida Statutes, as to why the product or equipment identified should not be subject to a Hold Order, Stop Sale Order, or Stop Use Order and hereby consent to the Department's action.

| Printed Name of Management Representative: | Title: | Corporate or Trade Name: |
|---|---|---|
| | | |

| Signature: | Resident Address: | Date: |
|---|---|---|
| | | |

### RELEASE

**THE PRODUCT OR EQUIPMENT DESCRIBED ABOVE IS TO BE RELEASED FOR:**
☐ RELEASE FOR SALE OR USE           ☐ NOT FOR HUMAN CONSUMPTION
☐ USE IN UNGRADED PRODUCT ONLY   ☒ DISCARDED OR RETURNED TO MANUFACTURER

**Signature of DACS Representative:** [signature]   **Date:** 10/9/12

**Please Print Name and Title:** FRED ZIRKELBACH

DACS-05010 Rev. 07/2009                                                                                   Page 1 of 2