Deepak Gupta (*pro hac vice*)
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

Neil K. Sawhney (State Bar No. 300130)
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*neil@guptawessler.com*

Alene Anello (State Bar No. 316387)
ANIMAL LEGAL DEFENSE FUND
525 East Cotati Avenue
Cotati, CA 94931
(707) 795-2533
*aanello@aldf.org*

*Attorneys for Plaintiff Miyoko's Kitchen*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MIYOKO'S KITCHEN,<br><br>    *Plaintiff*,<br><br>v.<br><br>KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and STEPHEN BEAM, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch,<br><br>    *Defendants*. | Case No. 3:20-cv-00893-RS<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>The Honorable Richard Seeborg<br><br>Trial Date:   Not Set<br>Action Filed:  February 6, 2020 |

## STIPULATION

WHEREAS, Defendants filed their motion to dismiss (ECF 17) on April 23, 2020, and this Court granted (ECF 21) the parties' stipulated briefing schedule on that motion on April 30, 2020,

WHEREAS, Plaintiff filed its motion for a preliminary injunction (ECF 24) on May 26, 2020.

WHEREAS, Defendants' lead counsel, Michael Dorsi, has another matter that will occupy much of his time during the month of June, and Defendants therefore request that their opposition to the preliminary-injunction motion be due on July 16,

WHEREAS, Plaintiff's motion argues that Plaintiff faces an ongoing threat of enforcement from the State of California for engaging in truthful speech and that Plaintiff is suffering and will suffer irreparable harm as a result,

WHEREAS, to facilitate an orderly briefing schedule and afford this Court adequate time to decide Plaintiff's motion, Plaintiff is willing to agree to the requested extension on the condition that Defendants refrain from taking enforcement action against Plaintiff while the motion for preliminary injunction is pending and Defendants have agreed to this condition,

THE PARTIES STIPULATE TO AND JOINTLY REQUEST THE COURT ORDER the following schedule for briefing the plaintiffs' motion for a preliminary injunction:

| | |
|---|---|
| **Defendants' Opposition Due:** | July 16, 2020 |
| **Plaintiffs' Reply Due:** | July 30, 2020 |
| **Hearing Date:** | August 13, 2020 |

-2-

Dated:  June 10, 2020

GUPTA WESSLER PLLC
*/s/ Deepak Gupta*
Deepak Gupta
*Attorney for Plaintiff*

Dated:  June 10, 2020

XAVIER BECERRA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Michael S. Dorsi*
MICHAEL S. DORSI
Deputy Attorney General
*Attorneys for Defendants*

As the attorney e-filing this document, Deepak Gupta attests that Michael S. Dorsi concurred in the filing of this document.  */s/ Deepak Gupta*

# ORDER

Plaintiff Miyoko's Kitchen and Defendants Karen Ross, in her official capacity as Secretary of the California Department of Food and Agriculture, and Stephen Beam, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch, stipulated to a briefing schedule for Plaintiff's Motion for Preliminary Injunction (ECF No. 24) in light of Defendants' agreement to refrain from enforcement while the motion is pending. The parties attest that they prefer this schedule and that the schedule preserves the two-week period between the deadline for the reply brief and the hearing date. Accordingly, the Court finds good cause and adopts the proposed schedule for briefing on Plaintiff's Motion for Preliminary Injunction under Northern District of California Local Rule 6-1(b):

| | |
|---|---|
| Plaintiff's Response Due: | July 16, 2020 |
| Defendants' Reply Due: | July 30, 2020 |
| Hearing Date: | August 13, 2020 |

**IT IS SO ORDERED**

Dated: June 10, 2020

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA