Deepak Gupta (*pro hac vice*)
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

Neil K. Sawhney (State Bar No. 300130)
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
neil@guptawessler.com

Alene Anello (State Bar No. 316387)
ANIMAL LEGAL DEFENSE FUND
525 East Cotati Avenue
Cotati, CA 94931
(707) 795-2533
*aanello@aldf.org*

*Attorneys for Plaintiff Miyoko's Kitchen*

Xavier Becerra
ATTORNEY GENERAL OF CALIFORNIA
Myung J. Park
Supervising Deputy Attorney General
Linda L. Gandara (State Bar No. 194667)
Michael S. Dorsi (State Bar No. 281865)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3802
Fax: (415) 703-5480
*E-mail: Michael.Dorsi@doj.ca.gov*

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MIYOKO'S KITCHEN,

    *Plaintiff,*

v.

KAREN ROSS, in her official capacity
as Secretary of the California
Department of Food and Agriculture,
and STEPHEN BEAM, in his official
capacity as Branch Chief of the Milk
and Dairy Food Safety Branch,

    *Defendants.*

Case No. 3:20-cv-00893-RS

**JOINT REPORT**

The Honorable Richard Seeborg

Trial Date:    Not Set
Action Filed:   February 6, 2020

1

## JOINT REPORT PURSUANT TO GENERAL ORDER (ECF NO. 22)

2

3       Pursuant to the Court's Order instructing all civil litigants to engage in an additional meet

4   and confer to discuss the possibility of settlement, the parties submit this joint report. The parties

5   engaged in a meet and confer on May 29, 2020 to discuss the possibility of settlement. The result of

6   the meet and confer was as follows:

7       <u>X</u> Despite a good-faith effort to reach a settlement at the meet and confer, the case did not

8   settle.

9

10
    Dated:  June 17, 2020                          ANIMAL LEGAL DEFENSE FUND
11                                                 */s/ Alene Anello*
                                                   Alene Anello
                                                   *Attorney for Plaintiff*
12

13  Dated:  June 17, 2020                          XAVIER BECERRA
                                                   Attorney General of California
                                                   MYUNG J. PARK
14                                                 Supervising Deputy Attorney General
                                                   */s/ Michael S. Dorsi*
15                                                 MICHAEL S. DORSI
                                                   Deputy Attorney General
                                                   *Attorneys for Defendants*
16

17  As the attorney e-filing this document, Alene Anello attests that Michael S. Dorsi concurred
    in the filing of this document. */s/ Alene Anello*

18

19

20

21

22

23