1  XAVIER BECERRA
   Attorney General of California
2  MYUNG J. PARK
   Supervising Deputy Attorney General
3  LINDA L. GANDARA, State Bar No. 194667
   MICHAEL S. DORSI, State Bar No. 281865
4  Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3802
6   Fax:  (415) 703-5480
    E-mail:  Michael.Dorsi@doj.ca.gov
7  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIYOKO'S KITCHEN, INC., | 3:20-cv-00893-RS |
| Plaintiff, | |
| v. | **STIPULATION EXTENDING TIME TO ANSWER** |
| KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and STEPHEN BEAM, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch, | Date:       July 6, 2020<br>Judge:      Honorable Richard Seeborg<br><br>Trial Date:     Not Set<br>Action Filed:  February 6, 2020 |
| Defendants. | |

**STIPULATION**

WHEREAS, this Court denied Defendants' Motion to Dismiss (ECF No. 33) on Thursday, June 25, 2020, which set the schedule for Defendants to file their Answer, and

WHEREAS, Defendants requested and Plaintiff agreed to extend the date to file their Answer to July 20, 2020, and

WHEREAS, under this Agreement, Defendants' answer would be filed prior to the next hearing in this case, the Case Management Conference on July 23, 2020 (*see* ECF No. 18), and

WHEREAS, Northern District of California Local Rule 6-1(a) permits the parties to extend time to answer by stipulation and without an order as long as the stipulation does not alter the date of any event or any deadline already fixed by Court order, therefore

THE PARTIES STIPULATE TO extend the date for Defendants to file their Answer to July 20, 2020.

Dated: July 6, 2020

XAVIER BECERRA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Michael S. Dorsi*
MICHAEL S. DORSI
Deputy Attorney General
*Attorneys for Defendants*

Dated: July 6, 2020

GUPTA WESSLER PLLC

*/s/ Deepak Gupta*
DEEPAK GUPTA
*Attorneys for Plaintiff*

As the attorney e-filing this document, Michael S. Dorsi attests that Deepak Gupta concurred in the filing of this document. */s/ Michael S. Dorsi*