XAVIER BECERRA  
Attorney General of California  
MYUNG J. PARK  
Supervising Deputy Attorney General  
MICHAEL S. DORSI  
Deputy Attorney General  
State Bar No. 281865  
  455 Golden Gate Avenue, Suite 11000  
  San Francisco, CA  94102-7004  
  Telephone:  (415) 510-3802  
  Fax:  (415) 703-5480  
  E-mail:  Michael.Dorsi@doj.ca.gov  
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIYOKO'S KITCHEN,**<br><br>                        Plaintiff,<br><br>v.<br><br>**KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and STEPHEN BEAM, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch,**<br><br>                        Defendants. | 3:20-cv-00893-RS<br><br>**NOTICE OF WITHDRAWAL OF POSITION**<br><br>Date:         July 16, 2020<br>Judge:       Honorable Richard Seeborg<br><br>Trial Date:    Not Set<br>Action Filed: February 6, 2020 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that the California Department of Food and Agriculture withdraws its position that "[i]mages of animal agriculture from [Miyoko's] website must . . . be removed . . . ."[1] The Department reviewed this position stated in the December 9 letter and concluded that the position is inconsistent with the relevant statute, California Food and Agricultural Code Section 38955. After review of the statute's text, the Department concluded that (1) this statute requires the promulgation of a regulation prior to enforcement, and the Department has not promulgated such a regulation, and (2) the statute concerns the package itself, not other promotional materials.

Defendants will address the effect of this withdrawal in their brief in opposition to Miyoko's Motion for Preliminary Injunction and their Answer.

Dated:  July 16, 2020

CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE, MILK AND DAIRY FOOD SAFETY BRANCH

*/s/ Stephen Beam*
STEPHEN BEAM
*Branch Chief*

Dated:  July 16, 2020

XAVIER BECERRA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Michael S. Dorsi*
MICHAEL S. DORSI
Deputy Attorney General
*Attorneys for Defendants*

As the attorney e-filing this document, Michael S. Dorsi attests that Stephen Beam concurred in the filing of this document. */s/ Michael S. Dorsi*

42270820.docx

---

[1] The relevant text of the December 9 letter, now withdrawn, states, "Images of animal agriculture from the website must also be removed such as the image below of the woman hugging a cow with other cows grazing in the background and the claim '100% dairy free and cruelty free'. Dairy images or associating the product with such activities cannot be used on the advertising of products which resemble milk products. FAC 38955." ECF No. 1-1 at 1–2.