**Animal Legal Defense Fund**
Alene Anello, State Bar No. 316387
525 East Cotati Avenue
Cotati, CA 94931
(707) 795-2533 ext. 1052
*aanello@aldf.org*

**Gupta Wessler PLLC**
Deepak Gupta (*pro hac vice*)
Neil K. Sawhney, State Bar No. 300130
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com,*
*neil@guptawessler.com*

*Attorneys for Plaintiff Miyoko's Kitchen*

**Xavier Becerra, Attorney General of California**
**Myung J. Park, Supervising Deputy Attorney General**
Linda L. Gandara, State Bar No. 194667
Michael S. Dorsi, State Bar No. 281865
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 510-3802
Fax: (415) 703-5480
*Michael.Dorsi@doj.ca.gov*

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miyoko's Kitchen,<br><br>                    Plaintiff,<br><br>     v.<br><br>Karen Ross, in her official capacity as Secretary of the California Department of Food and Agriculture, and Stephen Beam, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch,<br><br>                  Defendants. | Case No. 3:20-cv-893-RS<br><br>**STIPULATION AND PROPOSED ORDER SETTING TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND HEARING DATE**<br><br>Hearing on Mot. Prelim. Inj.<br>Current Date:  August 13, 2020<br>Current Time: 1:30 p.m.<br>Judge: Hon. Richard Seeborg |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION**

WHEREAS, Plaintiff filed its motion for a preliminary injunction (ECF 25) in May 2020,

WHEREAS, the Court granted the parties' proposed preliminary injunction briefing schedule on June 10, 2020,

WHEREAS, Plaintiff's reply brief is currently due July 30, 2020,

WHEREAS, the motion for preliminary injunction hearing is currently set for August 13, 2020,

WHEREAS, due to the press of business and competing obligations, Plaintiff requests a one-week extension to its reply brief deadline,

WHEREAS, Defendants agree to this extension,

THE PARTIES STIPULATE TO AND JOINTLY REQUEST THE COURT TO ORDER the following schedule for briefing and hearing the plaintiff's motion for a preliminary injunction:

**Plaintiff's Reply Due:**          August 6, 2020

**Hearing Date:**          August 20, 2020

Dated: July 27, 2020

Respectfully submitted by:

Animal Legal Defense Fund

/s/ Alene Anello
Alene Anello, State Bar No. 316387
ANIMAL LEGAL DEFENSE FUND
525 East Cotati Avenue
Cotati, CA 94931
(707) 795-2533
aanello@aldf.org

GUPTA WESSLER PLLC
Deepak Gupta (pro hac vice)
Neil K. Sawhney, State Bar No. 300130
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
deepak@guptawessler.com,
neil@guptawessler.com

Counsel for Plaintiff

Xavier Becerra, Attorney General of California
Myung J. Park, Supervising Deputy Attorney
General

/s/ Linda L. Gandara
Linda L. Gandara, State Bar No. 194667
Michael S. Dorsi, State Bar No. 281865
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3802
Fax: (415) 703-5480
Michael.Dorsi@doj.ca.gov

Attorneys for Defendants

    As the attorney e-filing this document, Alene Anello attests that Linda L. Gandara concurred in the filing of this document. /s/ Alene Anello

---

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

Plaintiff Miyoko's Kitchen and Defendants Karen Ross, in her official capacity as Secretary of the California Department of Food and Agriculture, and Stephen Beam, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch, stipulate to an extension to the reply brief deadline and hearing date for Plaintiff's Motion for Preliminary Injunction (ECF No. 25). The parties attest that they prefer this schedule and that the schedule preserves the two-week period between the deadline for the reply brief and the hearing date. Accordingly, the Court finds good cause and adopts the proposed schedule for the reply brief and hearing for Plaintiff's Motion for Preliminary Injunction under Northern District of California Local Rule 6-1(b):

**Plaintiff's Reply Due:**     August 6, 2020

**Hearing Date:**     August 20, 2020

IT IS SO ORDERED.

Dated: July __, 2020

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA