| | |
|---|---|
| Deepak Gupta (*pro hac vice*)<br>GUPTA WESSLER PLLC<br>1900 L Street, NW, Suite 312<br>Washington, DC 20036<br>(202) 888-1741<br>*deepak@guptawessler.com*<br><br>Neil K. Sawhney (State Bar No. 300130)<br>GUPTA WESSLER PLLC<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>(415) 573-0336<br>*neil@guptawessler.com*<br><br>Alene Anello (State Bar No. 316387)<br>ANIMAL LEGAL DEFENSE FUND<br>525 East Cotati Avenue<br>Cotati, CA 94931<br>(707) 795-2533<br>*aanello@aldf.org*<br><br>*Attorneys for Plaintiff* | XAVIER BECERRA<br>ATTORNEY GENERAL OF CALIFORNIA<br>MYUNG J. PARK<br>SUPERVISING DEPUTY ATTORNEY GENERAL<br>Michael S. Dorsi, State Bar No. 281865<br>Linda L. Gandara, State Bar No. 194667<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>(415) 510-3802<br>*Michael.Dorsi@doj.ca.gov*<br><br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MIYOKO'S KITCHEN,<br><br>    *Plaintiff*,<br>v.<br><br>KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and STEPHEN BEAM, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch,<br><br>    *Defendants*. | Case No. 3:20-cv-00893-RS<br>Hon. Richard Seeborg<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current date: September 3, 2020<br>Time:          10:00 am<br>Courtroom:   3<br><br>Trial Date:    Not Set<br>Action Filed: February 6, 2020 |

**STIPULATION**

WHEREAS, the initial case management conference previously set for July 23, 2020 was continued to September 3, 2020,

WHEREAS, the Court issued its order granting in part and denying in part the plaintiff Miyoko's Kitchen's motion for preliminary injunction (ECF No. 46) on August 21, 2020,

WHEREAS, the parties have agreed that continuing the case management conference for several weeks would allow the parties to consider their respective approaches in light of the Court's recent preliminary-injunction order and to confer as to how to move the case forward,

WHEREAS, counsel for the parties are available to participate in a case management conference by telephone on Thursday, October 1, 2020,

THE PARTIES STIPULATE TO AND JOINTLY REQUEST THE COURT TO ORDER the initial case management conference be continued to October 1, 2020 at 10:00 am. All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.

Dated: August 28, 2020                                                     Respectfully submitted,

*/s/ Michael S. Dorsi*  
Michael S. Dorsi, State Bar No. 281865  
Linda L. Gandara, State Bar No. 194667  
Deputy Attorneys General  
455 Golden Gate Avenue, Suite 11000  
San Francisco, CA 94102-7004  
(415) 510-3802  
Michael.Dorsi@doj.ca.gov  

*Attorney for Defendants*

As the attorney e-filing this document,  
Neil K. Sawhney attests that  
Michael S. Dorsi concurred in  
the filing of this document.  
*/s/ Neil K. Sawhney*

*/s/Neil K. Sawhney*  
Neil K. Sawhney (State Bar No. 300130)  
**GUPTA WESSLER PLLC**  
100 Pine Street, Suite 1250  
San Francisco, CA 94111  
(415) 573-0336 1  
neil@guptawessler.com  

Deepak Gupta (*pro hac vice*)  
**GUPTA WESSLER PLLC**  
1900 L Street, NW, Suite 312  
Washington, DC 20036  
(202) 888-1741  
deepak@guptawessler.com  

Alene Anello (State Bar No. 316387)  
**ANIMAL LEGAL DEFENSE FUND**  
525 East Cotati Avenue  
Cotati, CA 94931  
(707) 795-2533  
aanello@aldf.org  

*Attorneys for Plaintiff*

| | |
|---|---|
| 1 | ORDER |
| 2 | Plaintiff Miyoko's Kitchen and Defendants Karen Ross, in her official capacity as Secretary |
| 3 | of the California Department of Food and Agriculture, and Stephen Beam, in his official capacity as |
| 4 | Branch Chief of the Milk and Dairy Food Safety Branch, stipulate to a continuance of the initial case |
| 5 | management conference currently set for September 3, 2020 at 10:00am. Finding good cause, this |
| 6 | |
| 7 | Court hereby continues the case management conference to October 1, 2020 at 10:00 am. All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least |
| 8 | one week prior to the Conference to arrange their participation. |
| 9 | IT IS SO ORDERED. |
| 10 | Dated: 8/28, 2020 |

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE