United States District Court
Northern District of California

1
2
3
4
5
6
7  UNITED STATES DISTRICT COURT
8  NORTHERN DISTRICT OF CALIFORNIA
9
10 MIYOKO'S KITCHEN,
                                          Case No. 20-cv-00893-RS
       Plaintiff,
11
12     v.                                 **INITIAL CASE MANAGEMENT SCHEDULING ORDER**
13 KAREN ROSS, et al.,
14     Defendants.

15   Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended an
16 Initial Case Management Conference on October 1, 2020. After considering the Joint Case
17 Management Statement submitted by the parties and consulting with the attorneys of record for
18 the parties and good cause appearing, IT IS HEREBY ORDERED THAT:
19   1.   AMENDING THE PLEADINGS.
20   The deadline to amend the pleadings without seeking leave from the Court shall be
21 November 13, 2020. After that date, any amendment of the pleadings shall be governed by Rule
22 15 of the Federal Rules of Civil Procedure.
23   2.   DISCOVERY.
24   On or before February 19, 2021, all non-expert discovery shall be completed by the parties.
25 Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-
26 five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of
27 requests for production of documents or for inspection per party; and (d) a reasonable number of
28 requests for admission per party.

3.  DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4.  EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

  a. On or before March 19, 2021, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).
  b. On or before April 19, 2021, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).
  c. On or before May 13, 2021, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5.  FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **Thursday, February 25, 2021 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

6.  PRETRIAL MOTIONS.

All *Daubert* and dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than June 3, 2021. The Court encourages the participation at oral argument of lawyers who are early in their professional career (e.g., 0-10

years of experience).

7. PRETRIAL CONFERENCE.

The final pretrial conference will be held on **Wednesday, August 4, 2021 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

8. TRIAL DATE.

A bench trial shall commence on **Monday, August 23, 2021 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: October 1, 2020

_____
RICHARD SEEBORG
United States District Judge