| | |
|---|---|
| Deepak Gupta (*pro hac vice*)<br>GUPTA WESSLER PLLC<br>1900 L Street, NW, Suite 312<br>Washington, DC 20036<br>(202) 888-1741<br>*deepak@guptawessler.com*<br><br>Neil K. Sawhney (State Bar No. 300130)<br>GUPTA WESSLER PLLC<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>(415) 573-0336<br>*neil@guptawessler.com*<br><br>Alene Anello (State Bar No. 316387)<br>ANIMAL LEGAL DEFENSE FUND<br>525 East Cotati Avenue<br>Cotati, CA 94931<br>(707) 795-2533<br>*aanello@aldf.org*<br><br>*Attorneys for Plaintiff* | XAVIER BECERRA<br>ATTORNEY GENERAL OF CALIFORNIA<br>MYUNG J. PARK<br>SUPERVISING DEPUTY ATTORNEY GENERAL<br>Michael S. Dorsi, State Bar No. 281865<br>Linda L. Gandara, State Bar No. 194667<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>(415) 510-3802<br>*Michael.Dorsi@doj.ca.gov*<br><br>*Attorneys for Defendants* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

MIYOKO'S KITCHEN,

    *Plaintiff*,

v.

KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and STEPHEN BEAM, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch,

    *Defendants*.

Case No. 3:20-cv-00893-RS
Hon. Richard Seeborg

**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Current date:  February 4, 2021
Time:           1:30pm
Courtroom:    3

Trial Date:    August 23, 2021
Action Filed:  February 6, 2020

**STIPULATION**

WHEREAS, the defendants filed their motion for summary judgment (ECF No. 52) on December 10, 2020,

WHEREAS, under Local Rule 7-3, Miyoko's Kitchen's opposition to the motion for summary judgment is currently due December 24, 2020, and the defendants' reply brief is currently due December 31, 2020,

WHEREAS, the current briefing schedule will not allow the parties to adequately present their arguments and evidence on summary judgment, particularly in light of counsel's other matters and the upcoming holidays,

WHEREAS, Miyoko's intends to file a cross-motion for summary judgment on its First Amendment claim,

WHEREAS, the parties believe that a consolidated briefing schedule on both the summary-judgment motion and cross-motion will benefit judicial economy by reducing duplicative briefing,

THE PARTIES STIPULATE TO AND JOINTLY REQUEST THE COURT TO ORDER the following schedule for briefing the motion for summary judgment:

**Plaintiff's Opposition/Cross-Motion Due:**   March 1, 2021

**Defendants' Reply/Cross-Opposition Due:**   March 29, 2021

**Plaintiff's Cross-Reply Due:**   April 15, 2021

**Hearing on Motion and Cross-Motion:**   April 29, 2021

1 | Dated: December 22, 2020 | Respectfully submitted,

2 | */s/ Michael S. Dorsi* | */s/ Neil K. Sawhney*
Michael S. Dorsi, State Bar No. 281865 | Neil K. Sawhney (State Bar No. 300130)
3 | Linda L. Gandara, State Bar No. 194667 | GUPTA WESSLER PLLC
Deputy Attorneys General | 100 Pine Street, Suite 1250
4 | 455 Golden Gate Avenue, Suite 11000 | San Francisco, CA 94111
San Francisco, CA 94102-7004 | (415) 573-0336
5 | (415) 510-3802 | neil@guptawessler.com
Michael.Dorsi@doj.ca.gov

6 | | Deepak Gupta (*pro hac vice*)
*Attorney for Defendants* | GUPTA WESSLER PLLC
7 | | 1900 L Street, NW, Suite 312
Washington, DC 20036
8 | As the attorney e-filing this document, | (202) 888-1741
Neil K. Sawhney attests that | deepak@guptawessler.com
9 | Michael S. Dorsi concurred in
the filing of this document. | Alene Anello (State Bar No. 316387)
10 | */s/ Neil K. Sawhney* | ANIMAL LEGAL DEFENSE FUND
525 East Cotati Avenue
11 | | Cotati, CA 94931
(707) 795-2533
12 | | aanello@aldf.org

13 | | *Attorneys for Plaintiff*

-2-
Stipulation and Proposed Order re Briefing Schedule on Motion for Summary Judgment (Case No. 3:20-cv-893-RS)

**ORDER**

Plaintiff Miyoko's Kitchen and Defendants Karen Ross, in her official capacity as Secretary of the California Department of Food and Agriculture, and Stephen Beam, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch, stipulated to a briefing schedule on Defendants' motion for summary judgment (ECF No. 52). The parties attest that they prefer this schedule and that the schedule preserves the two-week period between the deadline for the reply brief and the hearing date. Accordingly, the Court finds good cause and adopts the proposed schedule for briefing on the motion under Northern District of California Local Rule 6-1(b):

| | |
|---|---|
| Plaintiff's Opposition/Cross-Motion Due: | March 1, 2021 |
| Defendants' Reply/Cross-Opposition Due: | March 29, 2021 |
| Plaintiff's Cross-Reply Due: | April 15, 2021 |
| Hearing on Motion and Cross-Motion: | April 29, 2021 |

**IT IS SO ORDERED.**

Dated: 12/22, 2020

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE