| | |
|---|---|
| Deepak Gupta (*pro hac vice*) <br> GUPTA WESSLER PLLC <br> 1900 L Street, NW, Suite 312 <br> Washington, DC 20036 <br> (202) 888-1741 <br> *deepak@guptawessler.com* <br><br> Neil K. Sawhney (State Bar No. 300130) <br> GUPTA WESSLER PLLC <br> 100 Pine Street, Suite 1250 <br> San Francisco, CA 94111 <br> (415) 573-0336 <br> *neil@guptawessler.com* <br><br> Alene Anello (State Bar No. 316387) <br> ANIMAL LEGAL DEFENSE FUND <br> 525 East Cotati Avenue <br> Cotati, CA 94931 <br> (707) 795-2533 <br> *aanello@aldf.org* <br><br> *Attorneys for Plaintiff* | XAVIER BECERRA <br> ATTORNEY GENERAL OF CALIFORNIA <br> Myung J. Park <br> Supervising Deputy Attorney General <br> Michael S. Dorsi (State Bar No. 281865) <br> Deputy Attorney General <br> 455 Golden Gate Avenue, Suite 11000 <br> San Francisco, CA  94102-7004 <br> (415) 510-3802 <br> *Michael.Dorsi@doj.ca.gov* <br><br> *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MIYOKO'S KITCHEN, <br><br> *Plaintiff,* <br><br> v. <br><br> KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and STEPHEN BEAM, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch, <br><br> *Defendants.* | Case No. 3:20-cv-00893-RS <br> Hon. Richard Seeborg <br><br> **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Current date: April 29, 2021 <br> Time:          1:30pm <br> Courtroom:  3 <br><br> Trial Date:    August 23, 2021 <br> Action Filed: February 6, 2020 |

**STIPULATION**

WHEREAS, the defendants filed their motion for summary judgment (ECF No. 52) on December 10, 2020,

WHEREAS, on December 22, 2020, the Court adopted the parties' stipulated briefing schedule on the motion for summary judgment (ECF No. 54),

WHEREAS, Miyoko's Kitchen's cross-motion for summary judgment and opposition to the defendants' motion for summary judgment is currently due on March 1, 2021,

WHEREAS, the current briefing schedule will not allow Miyoko's to adequately present its arguments and evidence on summary judgment, particularly in light of counsel's other matters, and Miyoko's therefore requests a two-week extension, until March 15, 2021,

WHEREAS, to facilitate an orderly briefing schedule, the defendants agree to the requested extension on the condition that they receive a one-week extension of the deadline for their reply in support of summary judgment and cross-opposition, until April 5, 2021,

WHEREAS, the proposed briefing schedule below preserves the two-week period between the deadline for the reply brief and the hearing date, which remains unchanged and scheduled for April 29, 2021,

THE PARTIES STIPULATE TO AND JOINTLY REQUEST THE COURT TO ORDER the following schedule for briefing the motion for summary judgment:

| | |
|---|---|
| **Plaintiff's Opposition/Cross-Motion Due:** | March 15, 2021 |
| **Defendants' Reply/Cross-Opposition Due:** | April 5, 2021 |
| **Plaintiff's Cross-Reply Due:** | April 15, 2021 (unchanged) |
| **Hearing on Motion and Cross-Motion:** | April 29, 2021 (unchanged) |

| | |
|---|---|
| Dated: February 23, 2021 | Respectfully submitted, |
| */s/ Michael S. Dorsi*<br>Michael S. Dorsi (State Bar No. 281865)<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004<br>(415) 510-3802<br>*Michael.Dorsi@doj.ca.gov* | */s/Neil K. Sawhney*<br>Neil K. Sawhney (State Bar No. 300130)<br>GUPTA WESSLER PLLC<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>(415) 573-0336<br>*neil@guptawessler.com* |
| *Attorney for Defendants* | Deepak Gupta (*pro hac vice*)<br>GUPTA WESSLER PLLC<br>1900 L Street, NW, Suite 312<br>Washington, DC 20036<br>(202) 888-1741<br>*deepak@guptawessler.com* |
| As the attorney e-filing this document,<br>Neil K. Sawhney attests that<br>Michael S. Dorsi concurred in<br>the filing of this document.<br>*/s/ Michael S. Dorsi* | Alene Anello (State Bar No. 316387)<br>ANIMAL LEGAL DEFENSE FUND<br>525 East Cotati Avenue<br>Cotati, CA 94931<br>(707) 795-2533<br>*aanello@aldf.org* |
| | *Attorneys for Plaintiff* |

**ORDER**

Plaintiff Miyoko's Kitchen and Defendants Karen Ross, in her official capacity as Secretary of the California Department of Food and Agriculture, and Stephen Beam, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch, stipulated to a briefing schedule on Defendants' motion for summary judgment. The parties attest that they prefer this schedule and that the schedule preserves the two-week period between the deadline for the reply brief and the hearing date. Accordingly, the Court finds good cause and adopts the proposed schedule for briefing on the motion under Northern District of California Local Rule 6-1(b):

| | |
|---|---|
| Plaintiff's Opposition/Cross-Motion Due: | March 15, 2021 |
| Defendants' Reply/Cross-Opposition Due: | April 5, 2021 |
| Plaintiff's Cross-Reply Due: | April 15, 2021 |
| Hearing on Motion and Cross-Motion: | April 29, 2021 |

**IT IS SO ORDERED.**

Dated: 2/23, 2021

_____
HON. RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE