ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
MICHAEL S. DORSI, State Bar No. 281865
MICAELA M. HARMS, State Bar No. 329552
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3802
Fax: (415) 703-5480
E-mail: Michael.Dorsi@doj.ca.gov

*Attorneys for Defendants*

GUPTA WESSLER PLLC
Deepak Gupta (*pro hac vice*)
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
E-mail: deepak@guptawessler.com

GUPTA WESSLER PLLC
Neil K. Sawhney, State Bar No. 300130
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
E-mail: neil@guptawessler.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MIYOKO'S KITCHEN, INC.,

Plaintiff,

v.

KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and STEPHEN BEAM, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch,

Defendants.

3:20-cv-00893-RS

**STIPULATED REQUEST ADDRESSING PRETRIAL AND TRIAL SCHEDULING, ORDER AS MODIFIED BY THE COURT**

Date: July 2, 2021

Courtroom: 3
Judge: Hon. Richard Seeborg

Action Filed: February 6, 2020
Trial Date: August 23, 2021

## STIPULATED REQUEST ADDRESSING PRETRIAL AND TRIAL SCHEDULING

WHEREAS, the Court continued the upcoming Case Management conference from July 1, 2021, to August 12, 2021 (ECF No. 68),

WHEREAS, the Court has already scheduled the Final Pretrial Conference for August 4, 2021, but neither the Initial Case Management Scheduling Order nor any other order contains instructions for filings in advance of the Final Pretrial Conference (*See* ECF No. 51),

WHEREAS, this case is set for trial on August 23, 2021 (ECF No. 51),

WHEREAS, the parties have completed briefing on cross-motions for summary judgment (ECF Nos. 52, 60), and the Court vacated oral argument, causing the cross-motions to be submitted on the papers (ECF No. 65), therefore

THE PARTIES JOINTLY SUBMIT THAT the current schedule is not practicable and should be modified, and JOINTLY REQUEST THAT THE COURT adjust the schedule to either:

A. If the Court does not expect trial to commence on August 23, 2021, the Parties request that the Court vacate the Final Pretrial Conference and trial date, with both dates to be re-set at the next Case Management Conference. Case Management Conference previously set for August 12, 2021 is continued to **August 19, 2021 at 10:00 am**. Joint Case Management Statement due August 12, 2021.

Dated: July 2, 2021

Respectfully Submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

GUPTA WESSLER PLLC

*/s/Neil K. Sawhney*
NEIL K. SAWHNEY
*Attorneys for Plaintiff*

*/s/ Michael S. Dorsi*
MICHAEL S. DORSI
Deputy Attorney General
*Attorneys for Defendants*

SF2020200476

As the attorney electronically filing this document, Michael S. Dorsi attests that Neil K. Sawhney concurred in the filing of this document. */s/ Michael S. Dorsi*

**ORDER**

Plaintiff Miyoko's Kitchen and Defendants Karen Ross, in her official capacity as Secretary of the California Department of Food and Agriculture, and Stephen Beam, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch, stipulated to adjust the pretrial schedule, offering two proposed options for the Court. Having considered the status of the case and the constraints on the Court's schedule, the Court orders as follows:

The Court vacates the Final Pretrial Conference, previously set for August 4, 2021, and the trial date, previously set for August 23, 2021. These dates will be reset, if necessary, at the next Case Management Conference. Case Management Conference previously set for August 12, 2021 is continued to **August 19, 2021 at 10:00 am.** Joint Case Management Statement due August 12, 2021.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: July 2, 2021

HON. RICHARD SEEBORG
Chief United States District Judge
Northern District of California