| | |
|---|---|
| Rob Bonta<br>Attorney General of California<br>Myung J. Park<br>Supervising Deputy Attorney General<br>Michael S. Dorsi, SBN 281865<br>Micaela M. Harms, SBN 329552<br>Deputy Attorneys General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004<br>(415) 510-3802<br>(415) 703-5480<br>Michael.Dorsi@doj.ca.gov<br><br>*Attorneys for Defendants* | Deepak Gupta (*pro hac vice*)<br>Gupta Wessler PLLC<br>1900 L Street, NW, Suite 312<br>Washington, DC 20036<br>(202) 888-1741<br>deepak@guptawessler.com<br><br>Neil K. Sawhney, SBN 300130<br>Gupta Wessler PLLC<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>(415) 573-0336<br>neil@guptawessler.com<br><br>*Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MIYOKO'S KITCHEN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and STEPHEN BEAM, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch,<br><br>    Defendants. | No. 3:20-cv-00893-RS<br><br>**ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT**<br>Hearing Date: August 19, 2021<br>Courtroom:    3<br>Judge:        Hon. Richard Seeborg<br><br>Action Filed: February 6, 2020<br>Trial Date: [vacated] |

**ORDER**

Plaintiff Miyoko's Kitchen and Defendants Karen Ross, in her official capacity as Secretary of the California Department of Food and Agriculture, and Stephen Beam, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch, stipulated to a continuance of the further case management conference currently set for August 19, 2021 at 10:00am. Finding good cause, this Court hereby continues the case management conference to September 9, 2021.

IT IS SO ORDERED.

Dated: August 6, 2021

_____
Hon. Richard Seeborg
Chief United States District Judge
Northern District of California