# ORDER

Plaintiff Miyoko's Kitchen and Defendants Karen Ross, in her official capacity as Secretary of the California Department of Food and Agriculture, and Stephen Beam, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch, stipulated to adjust the deadline to submit a proposed form of judgment and the date of the upcoming Case Management Conference. Having considered the status of the case and the constraints on the Court's schedule, the Court orders as follows:

The Court extends the deadline to submit a proposed form of judgment, previously set for September 2, 2021, to September 21, 2021, and continues the Case Management Conference, previously set for September 9, 2021, to September 23, 2021, at 10:00 a.m.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: September 2, 2021

HON. RICHARD SEEBORG
Chief United States District Judge
Northern District of California