UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MIYOKO'S KITCHEN,

  *Plaintiff*,

v.

KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and STEPHEN BEAM, in his official capacity as Branch Chief of the Milk and Dairy Food Safety Branch,

  *Defendants.*

Case No. 3:20-cv-00893-RS

**FINAL JUDGMENT**

The Honorable Richard Seeborg

In accordance with the Court's order granting in part and denying in part the parties' cross-motions for summary judgment, dated August 10, 2021 (ECF No. 73), and Rule 58(b)(2)(B) of the Federal Rules of Civil Procedure, it is ORDERED, ADJUDGED, and DECREED as follows:

1. Final judgment is entered for Plaintiff Miyoko's Kitchen and against Defendants on Miyoko's claim for relief under the First Amendment.

2. Miyoko's request for declaratory relief in its Complaint is granted and the Court hereby declares that Defendants' efforts to restrict Miyoko's constitutionally protected speech—including the terms "butter," "lactose free," "cruelty free," "revolutionizing dairy with plants," and related terms and phrases, as reflected in Defendants' December 9, 2019 enforcement action and letter—violated the First Amendment of the United States Constitution. The Court does not find that the phrase "Hormone Free" on the package was constitutionally protected speech, and concludes that Miyoko's allegations concerning the website are moot. (*See* ECF No. 73).

3. The following injunctive relief is entered in favor of Miyoko's: Defendants and their officers, agents, employees, representatives, and all persons acting in concert or participating with the foregoing, including the Defendants' successors as officials of the California Department of Food and Agriculture, and its Milk and Dairy Food Safety Branch, are hereby permanently restrained and enjoined from threatening enforcement or taking any enforcement action against Miyoko's for labeling, marketing, or branding materials using the terms "butter," "lactose free," "cruelty free," and "revolutionizing dairy with plants" for dairy product alternatives identified as plant-based (*e.g.*, "vegan," "made from plants," etc.).

4. Any ambiguity in this Judgment shall be construed to accord with this Court's orders (A) denying Defendants' Motion to Dismiss (ECF No. 33), (B) granting Plaintiff's Motion for Preliminary Injunction (ECF No. 46), and (C) granting in part and denying in part the parties' cross-motions for summary judgment, dated August 10, 2021 (ECF No. 73).

5. Miyoko's may file a motion to recover its reasonable attorneys' fees and costs pursuant to Civil Local Rule 54-5. The parties may choose to stipulate to enlarge the time for filing this motion

under Civil Local Rule 6-2 in the interest of resolving the matter of fees and costs without this Court's intervention.

6. This Court shall retain jurisdiction to enforce and supervise this judgment.

7. The Clerk shall enter judgment in favor of Miyoko's

IT IS SO ORDERED.

Dated: __April 1_____, 2022

_____
RICHARD SEEBORG
CHIEF U.S. DISTRICT JUDGE

*Prepared jointly by counsel for all parties*